## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BRUMATE, INC.,

     Plaintiff/Counter-Defendant,

     v.                           Civil Action No. 1:24-cv-02364-SKC-KAS

DAVE RIBEIRO, LLC d/b/a COLDEST,

     Defendant/Counterclaimant.

## BRUMATE, INC.'S ANSWER TO COUNTERCLAIM

Plaintiff/Counterclaim-Defendant Brumate, Inc. ("Brumate"), by counsel, in response to the Complaint of Defendant/Counterclaimant Dave Ribeiro, LLC d/b/a Coldest ("Coldest"), state as follows:

### THE PARTIES

1.     Admit.

2.     Admit.

### JURISDICTION AND VENUE

3.     Admit.

4.     Admit.

5.     Admit.

6.     Admit.

### FACTUAL BACKGROUND

7.     Admit.

8.     Admit.

9.     Admit.

10.     Admit.

11.    Denied.

12.    Denied.

13.    Denied.

14.    Insofar as the allegation in Paragraph 14 is based on the faulty assumption that a work made for hire agreement was necessary, Paragraph 14 is denied. The copyrighted work was created by Brumate.

15.    Insofar as the allegation in Paragraph 15 is based on the faulty assumption that an assignment was necessary, Paragraph 15 is denied. The copyrighted work was created by Brumate.

16.    Denied.

17.    Denied.

18.    Admit.

19.    Denied.

20.    Paragraph 20 references an exhibit which speaks for itself.

21.    Denied.

22.    Paragraph 22 references a copy of a registration which speaks for itself.

23.    Admit.

24.    Admit.

25.    Admit.

26.    Paragraph 26 references a photograph of a container which speaks for itself.

27.    Denied.

28.    Admit.

29.    Admit.

30.    Admit.

31.    Denied.

32.    Denied.

**COUNTERCLAIM: DECLARATORY JUDGMENT**

33.    Brumate incorporates by reference the responses in Paragraphs 1 through 32 of this Answer in response to Paragraph 33.

34.    Admit.

35.    Denied.

36.    Denied.

37.    Denied.

38.    Brumate denies that Coldest is entitled to the relief it requests.

WHEREFORE, Brumate respectfully requests that the Counterclaim be dismissed with prejudice and on the merits.

Dated: October 17, 2024                    Respectfully submitted,

                                           BRUMATE, INC.

                                           By and through its attorney,

                                           */s/ Bradley M. Stohry*
                                           Bradley M. Stohry (Ind. Atty. No. 25820-49)
                                           Reichel Stohry Dean LLP
                                           6151 Central Ave
                                           Indianapolis, IN 46220
                                           Phone: 317-501-2891
                                           brad@rsindy.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Bradley M. Stohry*